UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:12-cv-23443-BLOOM/OTAZO-REYES

SECURITIES AND EXCHANGE COMMISSION,

        **Plaintiff,**

  v.

**SKY GROUP USA, LLC**
**EFRAIN BETANCOURT, JR.**

        **Defendants, and**

**ANGELICA BETANCOURT**
**EEB CAPITAL GROUP, LLC**

        **Relief Defendants.**

_____/

## RELIEF DEFENDANT'S ANSWER AND
## AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Pursuant to Fed R. Civ. P. 8, Relief Defendant EEB Capital Group, LLC ("Relief Defendant"), by and through its undersigned counsel, hereby submits its Answer and Affirmative Defenses to the Complaint filed in this action by Plaintiff, Securities and Exchange Commission (the "Commission"), in correspondingly numbered paragraphs and denies all allegations in the Complaint not specifically admitted below.

### I. INTRODUCTION

1. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 1.

2. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 2.

3. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 3.

4. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 4.

5. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 5.

## II. DEFENDANTS AND RELIEF DEFENDANTS

### A. Defendants

6. Relief Defendant admits that: Sky Group USA, LLC ("Sky Group" or "The Company") is a Florida limited liability company headquartered in Miami, Florida, that was formed in March 2015. However, Relief Defendant is without knowledge as to the remaining allegations in Paragraph 6 and therefore denies them.

7. Relief Defendant admits that Betancourt is 32 years old, and is a resident of Miami, Florida. Relief Defendant is without knowledge as to the remaining allegations of Paragraph 7 and therefore denies them.

### B. Relief Defendants

8. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 8.

9. Relief Defendant admits that EEB Capital LLC is a Florida limited liability company formed in February 2018. Furthermore, Relief Defendant admits that Betancourt and his current wife are signatories on two bank accounts in the name of EEB Capital. However, Relief Defendant denies, as alleged in Paragraph 9, that it received at least $1.5 million of Sky Group investor funds for "no apparent legitimate purpose."

## III. JURISDICTION AND VENUE

10. The allegations in Paragraph 10 constitute a legal conclusion and accordingly no answer is required.

11. The allegations in Paragraph 11 constitute a legal conclusion and accordingly no answer is required.

12. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 12.

## IV. FACTS

### A. The Offer and Sale of Promissory Notes

13. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 13.

14. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 14.

15. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 15.

16. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 16.

17. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 17.

18. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 18.

19. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 19.

20. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 20.

21. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 21.

### B. The Offer and Sale of Promissory Notes

#### *1. Sky Group's Use of Investor Funds*

22. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 22.

23. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 23.

24. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 24.

#### *2. Sky Group's Profitability and the Safety and Security of the Notes*

25. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 25.

26. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 26.

27. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 27.

28. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 28.

29. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 29.

30. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 30.

### C. Misappropriation of Investor Funds

31. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 31.

32. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 32.

33. Relief Defendant admits Betancourt and his wife were signatories over its bank accounts, and it received funds from Sky Group, but is without knowledge and therefore denies the remaining allegations contained in Paragraph 33.

### V. CLAIMS FOR RELIEF

### COUNT I

### Violations Of Section 5(a) And 5 (c) Of The Securities Act

34. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

35. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 35.

36. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 36.

37. The allegations in Paragraph 37 constitute a legal conclusion and accordingly no answer is required.

### COUNT II

### Violations Of 17(a)(1) Of The Securities Act

38. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

39. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 36.

40. The allegations in Paragraph 40 constitute a legal conclusion and accordingly no answer is required.

### COUNT III

### Violations Of 17(a)(2) Of The Securities Act

41. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

42. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 42.

43. The allegations in Paragraph 43 constitute a legal conclusion and accordingly no answer is required.

### COUNT IV

### Violations Of 17(a)(3) Of The Securities Act

44. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

45. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 45.

46. The allegations in Paragraph 46 constitute a legal conclusion and accordingly no answer is required.

## COUNT V

### Violations Of Section 10(b) and Rule 10b-5(a) Of The Exchange Act

47. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

48. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 48.

49. The allegations in Paragraph 49 constitute a legal conclusion and accordingly no answer is required.

## COUNT VI

### Violations Of Section 10(b) and Rule 10b-5(b) Of The Exchange Act

50. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

51. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 51.

52. The allegations in Paragraph 52 constitute a legal conclusion and accordingly no answer is required.

## COUNT VII

### Violations Of Section 10(b) and Rule 10b-5(c) Of The Exchange Act

53. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

54. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 54.

55. The allegations in Paragraph 55 constitute a legal conclusion and accordingly no answer is required.

## COUNT VIII

### Violations Of Section 15(a) The Exchange Act

### (Against Betancourt Only)

56. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

57. Relief Defendant is without knowledge and therefore denies the allegations contained in Paragraph 51.

58. The allegations in Paragraph 52 constitute a legal conclusion and accordingly no answer is required.

## COUNT IX

### Unjust Enrichment

### (Against Relief Defendants Angela And EEB Capital Group)

59. Relief Defendant reasserts and incorporates its answers to Paragraphs 1 through 33 as set forth here.

60. Relief Defendants denies, as alleged in Paragraph 60, that it received investor funds or property derived from those funds to which they have no legitimate claim. Relief Defendant has no knowledge of the allegations involving Angela Betancourt and therefor denies the remaining allegations in Paragraph 60.

61. Relief Defendants denies, as alleged in Paragraph 61, that it obtained the funds and property as part of a securities law violation. Relief Defendant further denies that it is "not just" or "equitable" to retain the funds. Relief Defendant has no knowledge of the

allegations involving Angela Betancourt and therefor denies the remaining allegations in Paragraph 61.

62.     Relief Defendants denies the allegation in paragraph 62 that it has been unjustly enriched and should be disgorged.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE/AVOIDANCE

Plaintiff has failed to satisfy prima facie elements of a claim for unjust enrichment. *See Donald S. Zuckerman, P.A. v. Alex Hofrichter*, 676 So.2d 41, 43 (Fla. 3d DCA 1996) (plaintiffs' inability to satisfy one or more of the prima facie elements of a claim is an absolute bar to that claim).

### SECOND AFFIRMATIVE DEFENSE/AVOIDANCE

At all times, Relief Defendant acted in good faith. Relief Defendant believed that all monies that it received were from legitimate business operations.

### THIRD AFFIRMATIVE DEFENSE/AVOIDANCE

Relief Defendants are entitled to a set-off and/or deduction for all legitimate expenses, fees, and/or commissions incurred as a result of their business with Defendants.

### FOURTH AFFIRMATIVE DEFENSE/AVOIDANCE

Relief Defendant have a legitimate ownership interest in the funds it received from Defendants.

### FIFTH AFFIRMATIVE DEFENSE/AVOIDANCE

The Complaint fails to state a claim upon which relief can be granted.

### SIXTH AFFIRMATIVE DEFENSE/AVOIDANCE

The SEC is not entitled to recover prejudgment interest from the Relief Defendants.

## SEVENTH AFFIRMATIVE DEFENSE/AVOIDANCE

The SEC fails to identify any purported victim to be compensated from the relief sought against the Relief Defendants.

## RESERVATION OF RIGHT TO SUPPLEMENT DEFENSES

Relief Defendants deny sufficient knowledge or information at this time as to whether they may have additional unstated defenses. Relief Defendants reserve the right to supplement this Answer with any additional affirmative defenses.

## RELIEF REQUESTED

Based on the foregoing, Relief Defendants pray that this Court deny any relief or request for judgment on behalf of the SEC, including the relief requested in sections I through IX, and dismiss this action against them in its entirety, with prejudice, and for such other and further relief as the Court deems just and proper.

## JURY TRIAL DEMAND

Relief Defendants demand a trial by jury in the action as to all issues and claims.

Dated: November 24, 2021

Respectfully submitted,

**SALLAH ASTARITA & COX, LLC**
3010 N. Military Trail, Ste. 210
Boca Raton, FL  33431
561-989-9080 (Tel)
561-989-9020 (Fax)

/s/James D. Sallah
James D. Sallah, Esq.
Fla. Bar. No. 92584
jds@sallahlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/James D. Sallah
James D. Sallah