UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23443-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

SKY GROUP USA, LLC and
EFRAIN BETANCOURT

        Defendants, and
_____/

ANGELICA BETANCOURT and
EEB CAPITAL GROUP, LLC

        Relief Defendants.
_____/

## RELIEF DEFENDANT ANGELICA BETANCOURT'S INITIAL DISCLOSURE STATEMENT

Relief Defendant, ANGELICA BETANCOURT (collectively "Angelica") by and through undersigned counsel, hereby serves her Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and state:

**1. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information - that the Defendants may use to support their defenses, unless the use would be solely for impeachment:**

- **Angelica Betancourt,** c/o Richard J. Diaz, P.A.  The subject of her information is Angelica Betancourt will testify consistent with her answers to the complaint.

1

**2.      A copy or description by category and location of all documents, electronically stored information, and tangible things that the Defendants have in their custody, possession, or control and may use to support their claims or defenses, unless the use would be solely for impeachment:**

- Deposition designation testimony of Efrain Betancourt in the AAA matters styled as *Juan Pablo Montoya v. Efrain Betancourt and Sky Group USA* Case No.: 01-20-0010-1094; *Melissa Montoya v. Efrain Betancourt and Sky Group USA* Case No.: 01-20-0010-1124; and *Andres Zorilla v. Efrain Betancourt and Sky Group, USA* Case No.: 01-20-0010-1097;
- Final Hearing testimony with Fifth Amendment assertions of Efrain Betancourt in the AAA matter styled as *Juan Pablo Montoya v. Efrain Betancourt and Sky Group USA* Case No.: 01-20-0010-1094.

**3.      A computation of each category of damages claimed by the Plaintiff:**

N/A

**4.     Produce for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

N/A

**5.     Pursuant to Rule 26(a)(2), disclosure of the identity of any expert witnesses the Defendants may use at trial, including any written report, or if no written report is required, the subject matter on which the witness is expected to testify and a summary of the facts and opinions to which the witness is expected to testify.**

At this stage in the proceeding, Angelica has not retained or determined the identity of any testifying expert witnesses. If Angelica decides to retain any expert witness(es) she will make the appropriate expert disclosures when such information becomes available and in accordance with Fed. R. Civ. P. 26(a)(2).

Respectfully submitted,

s/ Richard J. Diaz
_____
Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.    I also certify that the foregoing document is being served this day on all counsel of record identified in the list below via the Court's CM/ECF system.

                       s/ Richard Diaz

                       _____

                       Richard J. Diaz, Esq.