# Exhibit B

# Confidential

A T <Hastasiempre212121@hotmail.com>
Dom 11/28/2021 5:08 AM

To: Efrain Betancourt <efrain2005@hotmail.com>

Hi Carajito, I hope you are doing well!

You know perfectly well that if it were up to me I would talk to you about 1000 topics that we like to talk about and not this, but:

I need your help!! And although I know that you have a thousand things on your mind, I beg you to give me a little bit of attention.

Efra, I read my defense today and it is terrible. It does not honor a word of what I said nor what I desire.

I have already sent an email asking to correct it. I don't know if it can even be done after sending it, but I didn't like any of the paragraphs and I need it to be improved.

I am seriously doubting the professional impartiality of my lawyer (I think he hates you, I don't know why and don't laugh, I'm being serious :s).

I ASK FOR YOUR HELP, because I need you to open your heart and don't abandon me. I am very lost in all of this.

This hasn't started and I have already lost a lot of money, between lawyers who have messed about and stalled.

My plan has always been to alienate with you, I would never lift a finger against you or do anything to harm you. Even if you watch the many interviews I have done, I have never said anything to harm you, I just mention the obvious and whatever's necessary and my commitment to you remains (you and I know that).

You know perfectly well that I have no one here. I am alone and I am too far away to know everything or have someone close to me to give me good advice.

Please give me a recommendation of what the hell to do. If I should talk to my lawyer or if you want me to change my lawyer, please give me a name and at least they should be in Miami. If they don't speak Spanish it does not matter, or tell me what you think about it.

But don't abandon me, don't leave me vulnerable again please. If you don't want to do it in the name of what we are or were, do it to take care of yourself, because we can end up fucking everything up.



Date: February 23rd, 2022

## Certificate of Accurate Translation

| Translated document: General Translation | |
|---|---|
| Translation date: February 23rd, 2022 | Project #: 8528415 |
| Source Language: Spanish | Target Language: English |

BLEND, the largest professional translation agency online, hereby certifies and states the following, that the above mentioned document has been translated by a certified professional translator who has the background and the experience needed to perform the translation. We further certify that, to the best of our knowledge, the translated document is accurate translation of the original document and that it reflects the content, style and meaning of the original document.

This certificate relates to the accuracy of the translation only and not to the original content of the document. In accordance with our general terms and conditions, BLEND is not liable and will not be held liable to any result of using the translation by the client or any other party.

Please find the translation attached.

Yours Sincerely,
**BLEND**



GET BLEND INTERNATIONAL LIMITED
*1 Scotts Road, #24-10 Shaw Centre Singapore 228208*
info@team.getblend.com
1-800-720-3722



From: A T <Hastasiempre212121@hotmail.com>
Sent: Sunday, November 28, 2021 5:08 AM
To: Efrain Betancourt <efrain2005@hotmail.com>
Subject: Confidencial

Hola Carajito , espero estes bien !

Sabes perfectamente que si fuera por mi hablaría contigo de 1000 temas de los cuales nos gusta hablar y no de esto , pero :

Necesito tu ayuda !!  Y aunque se que tienes mil cosas en la mente te ruego me prestes un poquito de Atencion .

Efra hoy leí mi defensa y es horrible , no honrra ni una palabra de lo que dije ni mi deseo .

Ya mande un correo de que haga la corrección no sé si eso si quiera se pueda  después de enviado , pero no me gustaron ninguno de los párrafos y necesito que mejore esa vaina .

Estoy dudando seriamente de la imparcialidad profesional de mi abogado . ( creo que te odia y no se por que y no te rías es en serio :s)

TE PIDO TU AYUDA , porque necesito abras tu corazón  y no me abandones, estoy muy perdida en todo esto .

No ha empezado esto y ya he perdido mucho dinero , entre abogados que me han mareado y me dan vueltas y vueltas .

Mi plan siempre fue alienarme contigo , jamás movería un dedo en tu contra o haria algo que te perjudique  , incluso si llegas a ver las muchas entrevistas a las que me han sometido yo nunca he dicho nada para perjudicarte , solo menciono lo obvio y necesario y mi compromiso contigo se mantiene ( eso lo sabemos tú y yo )

Tú sabes perfectamente que yo aquí no tengo a nadie , estoy solita y estoy muy lejos a saberlo todo o tener a alguien cerca de mi que me de un buen consejo .

Por favor dame una recomendación de que coño hacer , si hablo con mi abogado o si quieres que cambie de abogado por favor dame el nombre y que por lo menos esté en Miami , si no habla español no importa o dime como ves la vaina .

Pero no me abandones, no me vuelvas a dejar vulnerable por fa . Sino no quieres hacerlo en nombre de lo que somos o

fuimos hazlo por cuidar de ti mismo , porque podemos terminar de joder todo .