UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23443-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SKY GROUP USA LLC;
EFRAIN BETANCOURT, JR.;

    Defendants, and

ANGELICA BETANCOURT;
AND EEB CAPITAL GROUP, LLC,

    Relief Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** is before the Court upon the Motion to Withdraw as Counsel filed by Richard J. Diaz, counsel for Relief Defendant Angelica Betancourt, ECF No. [50] ("Motion"). The Court has carefully reviewed the Motion, the record, the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [50]**, is **GRANTED**.

2. Richard J. Diaz is relieved from any further responsibilities in the representation of Relief Defendant Angelica Betancourt in this matter.

3. Relief Defendant Angelica Betancourt, no later than **March 30, 2022**, shall either retain counsel or notify the Court of her intention to proceed *pro se*.

4. Failure by Relief Defendant Angelica Betancourt to comply will result in appropriate sanctions, including the entry of default.

Case No. 21-cv-23443-BLOOM/Otazo-Reyes

5. All other case deadlines remain in place.

6. All associated papers and pleadings shall be served upon Relief Defendant Angelica Betancourt at her last known addresses per counsel's representation in the Motion, 460 NE 28 Street #3206, Miami, FL 33137, and via email at dagtaz@gmail.com.

7. Defendants Sky Group USA, LLC and Efrain Betancourt, Jr.'s Motion to Disqualify Richard J. Diaz as Counsel, **ECF No. [40]**, is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 28, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Angelica Betancourt
460 NE 28 Street #3206,
Miami, FL 33137