UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23443-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SKY GROUP USA LLC;
EFRAIN BETANCOURT, JR.;

    Defendants, and

ANGELICA BETANCOURT;
AND EEB CAPITAL GROUP, LLC,

    Relief Defendants.
_____/

**ORDER ON MOTION FOR ENTRY OF FINAL JUDGMENTS AGAINST
DEFENDANTS SKY GROUP USA AND EFRAIN BETANCOURT JR.
AND RELIEF DEFENDANT EEB CAPITAL GROUP
AND FOR COURT TO ESTABLISH FAIR FUND**

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Entry of Final Judgments Against Defendants Sky Group USA and Efrain Betancourt Jr. and Relief Defendant EEB Capital Group and for Court to Establish Fair Fund, ECF No. [56] ("Motion"), filed on June 27, 2022. The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [56]**, is **GRANTED**.

2. Final Judgments will be entered against Defendants Sky Group USA, LLC ("Sky Group") and Efrain Betancourt Jr. ("Betancourt") and Relief Defendant EEB Capital Group, LLC by separate orders.

Case No. 21-cv-23443-BLOOM/Otazo-Reyes

3. A Fair Fund shall be established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002 to allow the distribution of any civil penalties paid by Sky Group and Betancourt, along with any disgorgement and prejudgment interest they pay, to harmed investors in Sky Group.

4. Plaintiff's claims shall proceed against Relief Defendant Angelica Betancourt.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 27, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record