## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-23443-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

SKY GROUP USA LLC;
EFRAIN BETANCOURT, JR.;

      Defendants, and

ANGELICA BETANCOURT;
AND EEB CAPITAL GROUP, LLC,

      Relief Defendants.

_____/

## FINAL JUDGMENT AGAINST RELIEF DEFENDANT EEB CAPITAL GROUP, LLC

**THIS CAUSE** is before the Court upon Plaintiff Securities and Exchange Commission's ("Plaintiff" or "Commission") Unopposed Motion for Entry of Final Judgments Against Defendants Sky Group USA and Efrain Betancourt Jr. and Relief Defendant EEB Capital Group and for Court to Establish Fair Fund, ECF No. [56] ("Motion"). The Motion was granted by a separate Order. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that by the Consent of Relief Defendant EEB Capital Group, LLC to Final Judgment ("Consent") attached hereto, Relief Defendant EEB Capital Group, LLC ("EEB Capital"), without admitting or denying the allegations of the Complaint (except that EEB Capital admits the jurisdiction of this Court over it and over the subject matter of this action), EEB Capital has waived service of a summons and the Complaint,

entered a general appearance, consented to entry of this Final Judgment, waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment. As such, Final Judgment is entered in favor of Plaintiff and against EEB Capital as follows:

## I.

## <u>DISGORGEMENT AND PREJUDGMENT INTEREST</u>

**IT IS ORDERED AND ADJUDGED** that EEB Capital is liable to the Commission for $2,003,833.00 in disgorgement, representing net profits gained as a result of the conduct alleged in the Complaint, and prejudgment interest on disgorgement of $203,892.00.

EEB Capital shall pay the total of $2,207,725.00 to the Commission within thirty (30) days of entry of this Final Judgment. Any amount of disgorgement paid by Defendant Sky Group USA, LLC in satisfaction of its disgorgement liability of $30,267,152.00 in its Final Judgment shall reduce the disgorgement owed by EEB Capital on this Final Judgment by a corresponding amount. EEB Capital may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. EEB Capital may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
HQ Bldg. Room 265, AMK-326
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, name of this Court, and EEB Capital as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

EEB Capital shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action, Robert K. Levenson, Senior Trial Counsel, Securities and Exchange Commission, 801 Brickell Avenue, Suite 1950, Miami, FL 33131. By making this payment, EEB Capital relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to EEB Capital.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after thirty (30) days following entry of this Final Judgment. EEB Capital shall pay post judgment interest on any amounts due after thirty (30) days of the entry of this Final Judgment pursuant to 28 U.S.C. § 1961. The Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the Court.

The Commission may propose a plan to distribute the Fund subject to the Court's approval. Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. The Court shall retain jurisdiction over the administration of any distribution of the Fund and the Fund may only be disbursed pursuant to an Order of the Court.

## II.

## INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent filed herewith is incorporated herein with the same force and effect as if fully set forth herein, and EEB Capital shall comply with all of the undertakings and agreements set forth therein.

Case No. 21-cv-23443-BLOOM/Otazo-Reyes

## III.

## <u>RETENTION OF JURISDICTION</u>

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction

of this matter and over EEB Capital in order to implement and carry out the terms of this Final

Judgment and all Orders and Decrees that may be entered, to entertain any suitable application or

motion for additional relief within the jurisdiction of this Court, and to order any other relief that

this Court deems appropriate under the circumstances.

## IV.

## <u>RULE 54(b) CERTIFICATION</u>

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 28, 2022.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record