UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-23443/BLOOM/Otazo Reyes

SECURITIES AND EXCHANGE COMMISSION,           )
                                              )
    Plaintiff,                                )
                                              )
v.                                            )
                                              )
SKY GROUP USA, LLC, and                       )
EFFRAIN BETANCOURT JR.,                       )
                                              )
    Defendants, and                           )
                                              )
ANGELICA BETANCOURT and                       )
EEB CAPITAL GROUP, LLC,                       )
                                              )
    Relief Defendants.                        )
_____)

## CONSENT OF RELIEF DEFENDANT EEB CAPITAL GROUP, LLC TO FINAL JUDGMENT

1.    Relief Defendant EEB Capital Group, LLC ("EEB Capital") waives service of the Summons and the Complaint in this action, enters a general appearance, and admits the Court's jurisdiction over it and over the subject matter of this action.

2.    Without admitting or denying the allegations of the Complaint (except as to personal and subject matter jurisdiction, which it admits), EEB Capital consents to the entry of the Final Judgment Against Relief Defendant EEB Capital, LLC ("Final Judgment") in the form attached hereto and incorporated by reference herein. The Final Judgment, among other things, orders EEB Capital to pay disgorgement of $2,003,833 and prejudgment interest on disgorgement of $203,892.

3.    EEB Capital waives the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure.

**EXHIBIT F**

4. EEB Capital waives the right, if any, to a jury trial and to appeal from the entry of the Final Judgment.

5. EEB Capital enters into this Consent voluntarily and represents that no threats, offers, promises, or inducements of any kind have been made by the Commission or any member, officer, employee, agent, or representative of the Commission, to it or to anyone acting on its behalf, to induce it to enter into this Consent.

6. EEB Capital agrees this Consent shall be incorporated into the Final Judgment with the same force and effect as if fully set forth therein.

7. EEB Capital will not oppose enforcement of the Final Judgment on the ground, if any exists, that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and hereby waives any objection based thereon.

8. EEB Capital waives service of the Final Judgment and agrees that entry of the Final Judgment by the Court and filing with the Clerk of the Court will constitute notice to it of the Final Judgment's terms and conditions.

9. Consistent with 17 C.F.R. 202.5(f), this Consent resolves only the claims asserted against EEB Capital in this civil proceeding. EEB Capital acknowledges no promise or representation has been made by the Commission or any member, officer, employee, agent, or representative of the Commission with regard to any criminal liability that may have arisen or may arise from the facts underlying this action or immunity from any such criminal liability. EEB Capital waives any claim of Double Jeopardy based upon the settlement of this proceeding, including imposition of any remedy or civil penalty herein.

10. EEB Capital understands and agrees to comply with the terms of 17 C.F.R. § 202.5(e), which provides in part that it is the Commission's policy "not to permit a defendant or

respondent to consent to a judgment or order that imposes a sanction while denying the allegations in the complaint or order for proceedings," and "a refusal to admit the allegations is equivalent to a denial, unless the defendant or respondent states that he neither admits nor denies the allegations." As part of EEB Capital's agreement to comply with the terms of Section 202.5(e), it: (a) will not take any action or make or permit to be made any public statement denying, directly or indirectly, any allegation in the Complaint or creating the impression that the Complaint is without factual basis; (b) will not make or permit to be made any public statement to the effect that it does not admit the allegations of the Complaint, or that this Consent contains no admission of the allegations, without also stating it does not deny the allegations; and (c) upon filing of this Consent, hereby withdraws any papers filed in this action to the extent they deny any allegation in the Complaint. If EEB Capital breaches this agreement, the Commission may petition the Court to vacate the Final Judgment and restore this action to its active docket. Nothing in this paragraph affects EEB Capital's: (i) testimonial obligations; or (ii) the right to take legal or factual positions in litigation or other legal proceedings in which the Commission is not a party.

        11.    EEB Capital hereby waives any rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorneys' fees or other fees, expenses, or costs expended by EEB Capital to defend against this action. For these purposes, EEB Capital agrees it is not the prevailing party in this action, since the parties have reached a good faith settlement.

        12.    EEB Capital agrees that the Commission may present the Final Judgment to the Court for signature and entry without further notice.

13.  EEB Capital agrees that this Court shall retain jurisdiction over it and over this matter for the purpose of enforcing the terms of the Final Judgment.

June 22, 2022

By: *Leidy Badillo*

Printed Name: Leidy Badillo

Title: CEO
EEB Capital Group, LLC

STATE OF ~~FLORIDA~~ Nevada )

COUNTY OF ~~Clark~~ Clark )

On this 22nd day of June 2022, before me personally appeared Leidy Badillo, who ___ is personally known to me or ✓ produced a driver's license bearing his/her name and photograph as identification, and who executed this Consent on behalf of EEB Capital Group, LLC, and acknowledged to me that he/she executed the same.

Norma Jean Becker
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 21-4441-01
Expires November 27, 2022

Notary Public

Notarized online using audio-video communication

Approved as to Form:

By: _____
James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
3010 North Military Trail, Suite 210
Boca Raton, FL 33431
(561) 989-9080
jds@sallahlaw.com
*Counsel for Relief Defendant EEB Capital Group, LLC*