**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:21-cv-23443-BLOOM/OTAZO-REYES**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **SKY GROUP USA, LLC** | ) |
| **EFRAIN BETANCOURT, JR.** | ) |
| | ) |
| Defendants, and | ) |
| | ) |
| **ANGELICA BETANCOURT** | ) |
| **EEB CAPITAL GROUP, LLC** | ) |
| | ) |
| Relief Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S NOTICE OF PROPOSED SETTLEMENT WITH RELIEF DEFENDANT ANGELICA BETANCOURT AND UNOPPPOSED MOTION TO STAY CASE FOR 75 DAYS TO ALLOW SEC COMMISSIONERS TO CONSIDER THE SETTLEMENT**

Plaintiff Securities and Exchange Commission notifies the Court that the Commission staff has reached a tentative settlement with Relief Defendant Angelica Betancourt – the only remaining party litigating the case - as to all claims against Betancourt. The proposed settlement now requires approval by the five SEC Commissioners. If the Commissioners approve the proposed settlement, it will resolve the Commission's litigation in this case in its entirety.

Accordingly, the Commission moves for entry of an order staying this case for 75 days to allow the undersigned to seek Commission approval of the settlement. Betancourt does not oppose the motion. If the Commissioners approve the settlement, we will promptly file the appropriate paperwork requesting the Court to enter a Final Judgment against Betancourt. Accordingly, the Commission respectfully requests that the Court grant the requested relief. A proposed order is submitted herewith.

## Certificate of Conferral

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel for the Commission conferred with counsel for Relief Defendant Angelica Betancourt, who does not oppose the motion.

Respectfully submitted,

July 13, 2022          By:    **Robert K. Levenson**
Robert K. Levenson, Esq.
Senior Trial Counsel
Fla. Bar No. 0089771
Telephone: (305) 982-6341
Facsimile: (305) 536-4154
E-mail: levensonr@sec.gov

Alexander H. Charap, Esq.
Counsel
S.D. Fla. No. A5502711
Telephone: (305) 416-6228
Facsimile: (305) 536-4154
E-mail: charapal@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1950
Miami, Florida 33131